**In the Interest of C.M.M., Appellant,**

**v.**

**JUVENILE OFFICE, Respondent.**

**WD 77772**

Missouri Court of Appeals, Western District.

ORDER FILED: MAY 12, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 23, 2015

Application for Transfer Denied August 18, 2015

Reginald Lee Stockman, Kansas City, MO, Counsel for Respondent

Craig Allan Johnston, Columbia, MO, Counsel for Appellant

Before Division Two: Anthony Rex Gabbert, PJ., Joseph M. Ellis, Karen King Mitchell, JJ.

**ORDER**

Per Curiam:

C.M.M., a juvenile, appeals from the circuit court's judgment sustaining the juve-

---

nile officer's petition, finding that he committed acts that would have constituted unlawful use of a weapon if committed by an adult. We affirm. Rule 84.16(b).